# EXHIBIT A

219638169

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

————————————————————————X

ELEANOR GEORGE,

         Plaintiff,

   - against -

EQUIFAX,

         Defendant.

————————————————————————X

Index No.:
CV-03693-2025/KI

**SUMMONS**  **03693**

Basis of Venue:
Plaintiff's Residence
Plaintiff's Address:
140 Washington Walk, Apt. 4D
Brooklyn, New York 11205

TO THE ABOVE-NAMED DEFENDANT:

YOU ARE HEREBY SUMMONED to appear in the Civil Court of the City New York, County of Kings, at the office of said court at 141 Livingston Street, Brooklyn, in the County of Kings, City and State of New York, within the time provided by law as noted below and to file your answer to the annexed complaint with the Clerk: upon your failure to answer, judgment will be taken against you for the sum of $20,000, with interest thereon from the 13 day of December, 2024, together with the costs and disbursements of this action.

Dated: January 31, 2025
  New York, New York

Sincerely,

Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, New York 10018
pbustos@bustosassociates.com
Phone: (212) 970-6727

FILED
FEB 03 2025
CIVIL COURT
KINGS COUNTY

To: EQUIFAX
  2 Sun Court, Suite 400
  Peachtree Comers, GA 30092

NOTE : The law provides that : (a) If this summons is served by its delivery to you personally within the County of Suffolk, you must appear and answer within TWENTY (20) days after such service; or (b) If this summons is served by delivery to any person other than you personally, or is served outside of the County of Suffolk, or by publication, or by any means other than personal delivery to you with the County of Suffolk, you are allowed THIRTY (3) days after proof of service thereof is filed with the Clerk of the Court within which to appear and answer.

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
-------------------------------------------------------------X    Index No.: CV-03693-2025/KI
ELEANOR GEORGE,

**COMPLAINT**

Plaintiff,

- against -

EQUIFAX,

Defendant.
-------------------------------------------------------------X

Plaintiff, ELEANOR GEORGE ("Plaintiff"), by and through her attorneys, Bustos & Associates, P.C., as and for her Complaint against the Defendant, EQUIFAX (hereinafter referred to as "Defendant"), respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1.     Plaintiff brings this action on her own behalf for damages and declaratory and injunctive relief arising from the Defendant's violation(s) of: (i) §1681 *et seq. as amended,* of Title 15 of the United States Code, commonly referred to the Fair Credit Reporting Act ("FCRA").

## PARTIES

2.     Plaintiff, ELEANOR GEORGE, is a resident of the State of New York, residing in Kings County.

3.     Defendant, EQUIFAX is a Georgia corporation.

4.     Defendant is regularly engaged in the business of assembling, evaluating, and disbursing information concerning consumers for the purpose of furnishing consumer reports, as defined in 15 USC §1681(d) to third parties.

## JURISDICTION AND VENUE

5.    The Court has jurisdiction over this matter pursuant to 28 USC §1331, 1337 as well as 15 USC §1681p *et seq.* and 28 U.S.C. §2201.   The Court also has pendent jurisdiction over the state law claims in this action pursuant to 28 U.S.C. §1367(a).

6.    Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7.    Plaintiff repeats, reiterates, and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8.    Plaintiff obtained a copy of her credit report, dated October 15, 2024, and noticed several accounts reporting inaccurate information. Based on this information the Plaintiff wrote a dispute letter, dated October 29, 2024, which included a consumer statement request, and sent it by certified mail.

9.    The dispute letter stated:

"RE:    INVESTIGATE & DELETE INACCURATE INFORMATION

To Whom It May Concern:

●        NORDSTROM/TD BANK USA ACCOUNT# 447043XXXX

         LAST PAYMENT 5.2018

I KNOW THAT THE ABOVE ACCOUNT BALANCE IS INACCURATE.

ENCLOSED IS A DOCUMENT FROM THE OFFICE OF SENATOR KEVIN

THOMAS THAT STATES THAT THEY LOWERED THE STATUE OF

LIMITATIONS FOR CONSUMER CREDIT TRANSACTIONS FROM SIX

YEARS TO THREE YEARS.  **SEE HIGHLIGHTED AREA** THIS

ACCOUNT IS A TIME-BARRED DEBT; HOWEVER, THE FURNISHER HAS FAILED TO PROVIDE THE REQUIRED STATUTORY DISCLOSURES REGARDING THE ACCOUNT'S TIME-BARRED STATUS.

IF THIS ACCOUNT IS NOT GOING TO BE DELETED, I AM REQUESTING THE FOLLOWING STATUTORY CONSUMER STATEMENT TO SHOW ON MY CREDIT REPORT. IT SHOULD STATE THE FOLLOWING "WE ARE REQUIRED BY LAW TO GIVE YOU THE FOLLOWING INFORMATION ABOUT THIS DEBT. THE LEGAL TIME LIMIT (STATUTE OF LIMITATIONS) FOR SUING YOU TO COLLECT THIS DEBT HAS EXPIRED. HOWEVER, IF SOMEBODY SUES YOU ANYWAY TO TRY TO MAKE YOU PAY THIS DEBT, COURT RULES REQUIRE YOU TO TELL THE COURT THAT THE STATUTE OF LIMITATIONS HAS EXPIRED TO PREVENT THE CREDITOR FROM OBTAINING A JUDGMENT. EVEN THOUGH THE STATUTE OF LIMITATIONS HAS EXPIRED, YOU MAY CHOOSE TO MAKE PAYMENTS." IF THE STATUTE OF LIMITATION DISCLOSURE IS NOT DISCLOSED ON EACH ACCOUNT, THE ACCOUNT NEEDS TO BE DELETED IMMEDIATELY.

THE FOLLOWING ACCOUNT IS WRONG AND INACURRATE INCLUDING HIGH CREDIT LIMIT AND INCOMPLETE PAYMENT HISTORY PLEASE INVESTIGATE AND DELETE ACCOUNT.

1. SANTANDER CONSUMER USA ACCOUNT# 300001XXXX

Please update my statutory consumer statement or delete the accounts from my credit reports."

10. Equifax responded with a delay tactic letter dated November 16, 2024, stating: "We are unable to locate a credit file in our database with the identification information you provided. The Plaintiff provided her name, address, social security number, date of birth and a copy of her driver's license. The same information the Plaintiff used to pull her credit file. Defendant failed to do an investigation, either deleting or verifying the disputed tradelines, and failed to mark the disputed accounts as disputed."

11. Defendant failed to add the consumer statement or do a reasonable investigation, by either deleting or verifying the disputed tradelines, and failed to mark the disputed accounts as disputed.

12. Defendant violated the FCRA by failing to include the required consumer statement under 15 USC §1681i(a)(8)(b): Statement of dispute. If the reinvestigation does not resolve the dispute, the consumer may file a brief statement setting forth the nature of the dispute.

13. Plaintiff pulled her credit report, dated January 10, 2025, which did not provide any the consumer statement.

14. Defendant failed to include the consumer statement within the required thirty (30) days, did not mark the accounts as disputed, and did not verify or delete any of the disputed tradelines contained in the dispute letter. Further, Defendant failed to do a reasonable investigation or delete the disputed trade lines within the thirty (30) days.

15. Defendant thereby violated the Plaintiff's rights under the FCRA.

## FIRST CAUSE OF ACTION
### (Violations of the FCRA)

16.     Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "15" herein with the same force and effect as if the same were set forth at length herein.

17.     15 USC §1681i (a) Reinvestigations of disputed information

(1) Reinvestigation required

(A) In general

Subject to subsection (f) and except as provided in subsection (g), if the completeness or accuracy of any item of information contained in a consumer's file at a consumer reporting agency is disputed by the consumer and the consumer notifies the agency directly, or indirectly through a reseller, of such dispute, the agency shall, free of charge, conduct a reasonable reinvestigation to determine whether the disputed information is inaccurate and record the current status of the disputed information, or delete the item from the file in accordance with paragraph (5), before the end of the 30-day period beginning on the date on which the agency receives the notice of the dispute from the consumer or reseller.

18.     Defendant violated 15 USC §1681i(a) by failing to properly investigate the disputed account and respond to the Plaintiff within the required thirty (30) day period and further to delete the account within the required thirty (30) days.

19.     Defendant violated Plaintiff's rights under 15 USC §1681e(b) by failing to establish and/or follow reasonable procedures to assure maximum possible accuracy of the information it reported to one or more third parties pertaining to the Plaintiff's credit report and credit files Defendant published and maintained. By failing to update the credit report, delete and/or remove the disputed accounts as the Plaintiff requested.

20.    Defendant violated the Plaintiff's rights under 15 USC §1681i (a)(8)(b) by failing to include the required consumer statement under 15 USC §1681i(a)(8)(b): Statement of dispute. If the reinvestigation does not resolve the dispute, the consumer may file a brief statement setting forth the nature of the dispute.

21.    As a result, Defendant violated 15 USC §1681e (b), Plaintiff suffered actual damage, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical, and emotional distress.

22.    The violation by Defendant of 15 USC §1681e (b) was willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n.

23.    Defendant is liable to Plaintiff by reason of its violation of the FCRA in an amount to be determined by the trier fact together with her reasonable attorney's fees pursuant to 15 USC §1681o.

24.    Defendant prepared. compiled, issued, assembled, transferred, published, and otherwise reproduced consumer reports regarding the Plaintiff as that term is defined in 15 USC §1681i(a).

25.    Such reports contained information about the Plaintiff that was false, misleading, and inaccurate.

26.    Defendant violated 15 USC §1681i(a) by failing to conduct a reasonable reinvestigation after receiving the Plaintiff's dispute to an Errant Trade line to determine whether the disputed information was inaccurate and record the current status of the disputed information by either updating or deleting the item from the Plaintiff's credit files.

27.    As a result of Defendant violations of 15 USC §1681i (a), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical, and emotional distress.

28.    The violations by Defendant of 15 USC §1681i (a) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendant was negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

29.    As a result of Defendant's violations of 15 USC §1681i (a)(1)(A), Plaintiff suffered actual damages, including but not limited to: loss of credit, damage to reputation, embarrassment, humiliation, and other mental, physical, and emotional distress.

30.    The violations by the Defendant of 15 USC §1681i (a)(1)(A) were willful, rendering them liable for punitive damages in an amount to be determined by the Court pursuant to 15 USC §1681n. In the alternative, the Defendant were negligent, which entitles Plaintiff to recovery under 15 USC §1681o.

31.    Defendant violated 15 USC §168i (a)(5)(A) by failing to promptly delete the disputed inaccurate items of information from Plaintiff's credit file or modify the item of information upon a lawful reinvestigation.

32.    Plaintiff is entitled to recover actual damages, statutory damages, costs, and attorney fees from Defendant in an amount to be determined by the Court pursuant to 15 USC §1681n and 15 USC §1681o.

33.    **WHEREFORE**, the Plaintiff demands judgment for actual, statutory, and punitive damages against Defendant, jointly and severally; for her attorneys' fees and costs, for pre-judgment

and post-judgment interest at the judgment rate, and for such other relief that the Court deems just and proper.

## DEMAND FOR TRIAL BY JURY

34.     Plaintiff hereby respectfully requests a trial by jury for all claims and issues in its Complaint to which it is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against Defendant in the amount of $20,000, plus interest from December 13, 2024, together with the costs and disbursements of this action:

A.     For statutory, actual and punitive damages provided and pursuant to the FCRA,15 U.S.C. 1681 § n (a)(1)(A), n (2), n (3); in the alternative for damages pursuant to negligence under 15 U.S.C. 1681 § o (a) (1)(2);

B.     For attorneys' fees and costs provided and pursuant to 15 USC §1681n of the FCRA;

C.     A Declaration that the Defendant's practices violated the FCRA; and,

D.     For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated: New York, New York
        January 31, 2025

                                        Respectfully submitted,

                        By:

                                        Pablo E. Bustos, Esq.
                                        Bustos & Associates, P.C.
                                        70 West 40th Street, 8th Floor
                                        New York, New York 10018
                                        pbustos@bustosassociates.com
                                        (212) 970-6727
                                        *Attorneys for Plaintiff*



View report from

Oct 15, 2024                                                                    ⌄

# ELEANOR W GEORGE

**614**
Calculated using VantageScore 3.0
Provided by Equifax

## Personal Information

### NAMES REPORTED

ELEANOR W GEORGE

### EMPLOYMENT INFO

*You have no employment information on your credit report.*

### ADDRESSES REPORTED

📍 865 EDWARD ST
   NORTH BALDWIN, NY
   11510

📍 140 WASHINGTON WALK APT 4D
   BROOKLYN, NY
   11205

## Accounts

Here's every account on your Equifax report. Click on the account name for more details.

### AUTO LOANS

| | |
|---|---|
| **SANTANDER CONSUMER U** | **$0.00** |
| Reported: Dec. 31, 2020 | **Closed** |

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

## Overview

You have **0%** left to pay on this loan.

| | |
|---|---|
| Balance<br>$0 | Highest Balance<br>$38776 |
| Monthly payment | No Info |
| Opened | Feb. 18, 2013 (11 yrs, 7 mos) |
| Term | 96 months |

## Payment History

You've made **81%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | |
| 2019 | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ | ✔ | ✘ | ✔ | ✔ |
| 2018 | ● | ● | ● | ● | ● | ● | ✘ | ✘ | ✘ | ✘ | ✘ | ✘ |
| 2017 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

✔ Current    ✘ Late    ● Unknown

| | |
|---|---|
| Last payment | Dec. 01, 2020 |
| Current Payment Status | Current |
| Worst Payment Status | Current |


For You


Credit


Cards


Loans


Money

| | |
|---|---|
| Account status | Paid and Closed |
| Type | Auto |
| Responsibility | Individual Account. |
| Remarks | No Info |
| Times 30/60/90 days late | 9/5/1 |
| Closed | Dec. 01, 2020 |

**You could dispute an error with Equifax**

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

**Creditor Information**

SANTANDER CONSUMER U
REPORTING DISPUTES PO BOX 961211
FORT WORTH, TX 76161

(866) 923-9282

**CREDIT CARDS**

**NORDSTROM/TD BANK**                                    $737.00
Reported: Sep. 18, 2024                                  **Closed**

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

| | |
|---|---|
| $737 | $500 |
| Monthly payment | No Info |
| Opened | Jun. 02, 2017 (7 yrs, 4 mos) |

## Payment History

You've made **7%** of payments for this account on time.

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | | | | |
| 2023 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2022 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |
| 2021 | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ | ✗ |

✓ Current          ✗ Late          ● Unknown

| | |
|---|---|
| Last payment | May 01, 2018 |
| Current Payment Status | Charge-off |
| Amount past due | $737 |
| Worst Payment Status | Charge-off |


For You


Credit


Cards


Loans


Money

| Account status | Closed |
| --- | --- |
| Type | Credit Card |
| Responsibility | Individual Account. |
| Remarks | Charged off account |
| Times 30/60/90 days late | 2/1/72 |
| Closed | No Info |

### You could dispute an error with Equifax

**SEE AN ERROR?**

If there's an error on your report, you can submit a dispute.

GO TO EQUIFAX

### Creditor Information

NORDSTROM/TD BANK
8502 E Princess Dr Ste 150
Scottsdale, AZ 85255-5488

(800) 964-0006

**SYNCB/GAP**
Reported: Jan. 04, 2016

$0.00
**Closed**

### Overview


For You


Credit


Cards


Loans


Money

Your Credit Health | Credit Karma

| Monthly payment | No Info |
| --- | --- |
| Opened | Mar. 30, 2012 (12 yrs, 6 mos) |

For You

Credit

Cards

Loans

Money

Your Credit Health | Credit Karma

## Payment History

You've made **100%** of payments for this account on time.

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2014 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2013 | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |
| 2012 |   | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● | ● |

✓ Current    ✗ Late    ● Unknown

| Last payment | Nov. 01, 2013 |
|---|---|
| Current Payment Status | Current |
| Amount past due | $0 |
| Worst Payment Status | Current |

## Account Details

| Account status | Paid and Closed |
|---|---|
| Type | Charge Account |
| Responsibility | Individual Account. |
| Remarks | Account closed by credit grantor |
| Times 30/60/90 days late | 0/0/0 |
| Closed | Apr. 01, 2014 |

## You could dispute an error with Equifax

### SEE AN ERROR?

| For You | Credit | Cards | Loans | Money |
|---|---|---|---|---|

🔔

**Creditor Information**

SYNCB/GAP
PO Box 71746
Philadelphia, PA 19176-1746

(866) 396-8254

## Hard Inquiries

When you apply for a new credit account, a hard inquiry will usually get added to your report, which can make a small dent in your score. Here are the inquiries on your Equifax report.

## Collections

If you've fallen behind on payments, your account could be sent to a collections agency. This can have a big impact on your credit score.

> *Clean slate! As of Oct. 15, 2024, you have no collection accounts on your credit report.*

## Public Records

Things like bankruptcies and legal judgments against you can show up on your credit report and do some damage to your score.

> *Lookin' good! As of Oct. 15, 2024, you have no public records on your report.*

## Suggested for your credit                    **Suggested cards**

We suggest offers based on your credit, Approval Odds, and money we make from our partners.

**Advertiser Disclosure**

| 📄 For You | ∿ Credit | 💳 Cards | 💰 Loans | 💵 Money |



★★★★½
502 Reviews

**PLATINUM**

Your chance of approval is **fair**

| REGULAR PURCHASE APR | ANNUAL FEE |
|---|---|
| 29.99% (Variable) | $0 |

Continue

See details, rates, and fees

 For You   Credit   Cards  Loans   Money

Page 1 of 2

October 29, 2024

Eleanor George
140 Washington Walk, Apt# 4D
Brooklyn, NY 11205
SSN: ███████
DOB: ███████

EXPERIAN/TRANSUNION/EQUIFAX:

RE:    INVESTIGATE & DELETE INACCURATE INFORMATION

To Whom It May Concern:

- **NORDSTROM/TD BANK USA ACCOUNT# 447043XXXX LAST PAYMENT 5.2018**

I KNOW THAT THE ABOVE ACCOUNT BALANCE IS INACCURATE.  ENCLOSED IS A DOCUMENT FROM THE OFFICE OF SENATOR KEVIN THOMAS THAT STATES THAT THEY LOWERED THE STATUE OF LIMITATIONS FOR CONSUMER CREDIT TRANSACTIONS FROM SIX YEARS TO THREE YEARS.  **SEE HIGHLIGHTED AREA** THIS ACCOUNT IS A TIME-BARRED DEBT; HOWEVER, THE FURNISHER HAS FAILED TO PROVIDE THE REQUIRED STATUTORY DISCLOSURES REGARDING THE ACCOUNT'S TIME-BARRED STATUS.

IF THIS ACCOUNT IS NOT GOING TO BE DELETED, I AM REQUESTING THE FOLLOWING STATUTORY CONSUMER STATEMENT TO SHOW ON MY CREDIT REPORT. IT SHOULD STATE THE FOLLOWING "WE ARE REQUIRED BY LAW TO GIVE YOU THE FOLLOWING INFORMATION ABOUT THIS DEBT.  THE LEGAL TIME LIMIT (STATUTE OF LIMITATIONS) FOR SUING YOU TO COLLECT THIS DEBT HAS EXPIRED.  HOWEVER, IF SOMEBODY SUES YOU ANYWAY TO TRY TO MAKE YOU PAY THIS DEBT, COURT RULES REQUIRE YOU TO TELL THE COURT THAT THE STATUTE OF LIMITATIONS HAS EXPIRED TO PREVENT THE CREDITOR FROM OBTAINING A JUDGMENT.  EVEN THOUGH THE STATUTE OF LIMITATIONS HAS EXPIRED, YOU MAY CHOOSE TO MAKE PAYMENTS."  IF THE STATUTE OF LIMITATION DISCLOSURE IS NOT DISCLOSED ON EACH ACCOUNT, THE ACCOUNT NEEDS TO BE DELETED IMMEDIATELY.

THE FOLLOWING ACCOUNT IS WRONG AND INACURRATE INCLUDING HIGH CREDIT LIMIT AND INCOMPLETE PAYMENT HISTORY   PLEASE INVESTIGATE AND DELETE ACCOUNT.

1.  SANTANDER CONSUMER USA        ACCOUNT# 300001XXXX

Please update my statutory consumer statement or delete the accounts from my credit reports.

If you do not update my statutory consumer statement on each account or delete these accounts immediately, I will hold the creditor and you accountable under the FCRA.

Page 2 of 2

**While I prefer not to litigate, I will use the courts as needed to enforce my rights under the FCRA. I look forward to an uneventful resolution of this matter.**

**Once my statutory consumer statement has been updated or you delete the above accounts, please send me an updated copy of my Credit Report.**

Sincerely,



**ALERT: SEVERE WEATHER AND EMERGENCY EVENTS ACROSS THE U.S. MAY DELAY FINAL D...**

# USPS Tracking®

Tracking Number:                                                        Remove ✕

# 9589071052701805050303

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 1:12 pm on November 13, 2024 in ATLANTA, GA 30348.

## Get More Out of USPS Tracking:

### USPS Tracking Plus®

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

ATLANTA, GA 30348
November 13, 2024, 1:12 pm

**Available for Pickup**

ATLANTA
3900 CROWN RD SW
ATLANTA GA 30304-9998
M-SAT 0800-2200; SUN 0900-2000
November 13, 2024, 4:55 am

**Arrived at Post Office**

ATLANTA, GA 30304
November 13, 2024, 3:19 am

**Arrived at USPS Regional Destination Facility**

ATLANTA GA DISTRIBUTION CENTER
November 12, 2024, 3:58 am

**In Transit to Next Facility**

November 11, 2024

**Arrived at USPS Regional Origin Facility**
NEW YORK NY DISTRIBUTION CENTER
November 8, 2024, 10:58 pm

**USPS in possession of item**
BROOKLYN, NY 11205
November 8, 2024, 1:02 pm

**Hide Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| | |
|---|---|
| **Text & Email Updates** | ⌄ |
| **USPS Tracking Plus®** | ⌄ |
| **Product Information** | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

ELEANOR GEORGE
140 WASHINGTON WALK APT 4D
Brooklyn, NY 11205-3231

November 16, 2024

Dear ELEANOR GEORGE:

We have received your request concerning inaccurate information on your Equifax credit file.

We were unable to locate a credit file in our database with the identification information you provided. In order to further assist you, we will need additional documents to verify your identification. Please provide your complete Name, Current and Former Addresses, Social Security Number and Date of Birth. We ask that you **please send us a copy of two different items - one from each of the two categories listed below.** One item will verify your identity and the other will verify your current address.

**Category 1) IDENTIFICATION**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your complete 9-digit Social Security number.
- Pay stub with complete U.S. Social Security number
- W-2 form with complete U.S. Social Security number
- Valid Social Security Card

**Note:** A 'Work Permit Only' card is not valid proof of a SSN.

**Category 2) CURRENT ADDRESS**
Please make a copy of **one of the following items.**
The item you choose **MUST** contain your current mailing address of   140 WASHINGTON WALK APT 4D, Brooklyn, NY 11205-3231.
- Driver's license
- Rental/lease agreement or house deed
- Pay stub with address
- Utility bill (i.e. gas, electric, water, cable, residential telephone bill) with current service address.

**Again, we need a total of two items -- one item from each of the categories above -- to process your request. Please submit those items along with this letter to the following address:**

**Equifax Information Services LLC**
**P.O. Box 105069**
**Atlanta, GA 30348-5069**

To ensure that your request is processed without delay, please enlarge photocopies and ensure the information is legible. Illegible documents or documents that contain highlights may cause delay in processing as we may have to ask you to resubmit your request with more legible documents.

Please return this letter along with the requested information and your original correspondence/request to the address below.

Equifax Information Services LLC
P.O. Box 740256

000005491-FLT

4320594130-YC7-0e17015100000037-11162024

Equifax Information Services LLC
P.O. Box 105069
Atlanta, GA 30348-5069

November 16, 2024

000005393 FLC20000111524157614 01 000000 005491 002

ELEANOR GEORGE
140 WASHINGTON WALK APT 4D
Brooklyn, NY 11205-3231



000005491-FLT

4320594130-YC7-0e17015100000037-11162024

000005491-FLT    4320594130-YC7-0e17015100000037-11162024

Atlanta, GA 30374-0256

For an added convenience, use one of the below options to start an investigation or check the status of your dispute:

Visit us at www.equifax.com/personal/disputes or Call us at 866-349-5191.

As a reminder, it may take up to 30 days to complete your dispute.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

000005491-FLT

4320594130-YC7-0e17015100000037-11162024



# CREDIT REPORT

---

**ELEANOR GEORGE**

**Report Confirmation**

**5510169299**



## Dear ELEANOR GEORGE:

Thank you for requesting your Equifax credit report. Your credit report contains information received primarily from companies which have granted you credit. Great care has been taken to report this information correctly. Please help us in achieving even greater accuracy by reviewing all of the enclosed material carefully.

If there are items you believe to be incorrect, you may

- Initiate an investigation request via the Internet 24 hours a day, 7 days a week at:
  **https://www.equifax.com/personal/credit-report-services/credit-dispute/**

- Please mail the dispute information to:
  **Equifax Information Services LLC
  P.O. Box 740241
  Atlanta, GA 30374**

- Call us at **866-349-5186**

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

You have the right to request and obtain a copy of your credit score. To obtain a copy of your credit score, please call our automated ordering system at: **1-877-SCORE-11.**

# 1. Summary

Review this summary for a quick view of key information contained in your Equifax Credit Report.

| | |
|---|---|
| **Report Date** | Jan 10, 2025 |
| **Credit File Status** | File Blocked For Promotional Purposes |
| **Alert Contacts** | 0 Records Found |
| **Average Account Age** | 6 Years, 6 Months |
| **Length of Credit History** | 12 Years, 10 Months |
| **Accounts with Negative Information** | 2 |
| **Oldest Account** | SYNCB/GAP (Opened Mar 30, 2012) |
| **Most Recent Account** | SUNRISE BANKS C/O SELF FINANCIAL INC (Opened Oct 01, 2024) |

## Credit Accounts

Your credit report includes information about activity on your credit accounts that may affect your credit score and rating.

| Account Type | Open | With Balance | Total Balance | Available | Credit Limit | Debt-to-Credit | Payment |
|---|---|---|---|---|---|---|---|
| Revolving | 1 | 1 | $4 | $96 | $100 | 4.0% | $0 |
| Mortgage | | | | | | | |
| Installment | 1 | 1 | $878 | $107 | $985 | 89.0% | $48 |
| Other | | | | | | | |
| Total | 2 | 2 | $882 | $203 | $1,085 | 4.0% | $48 |

## Other Items

Your credit report includes your Personal Information and, if applicable, Consumer Statements, and could include other items that may affect your credit score and rating.

| | |
|---|---|
| **Consumer Statements** | 0 Statements Found |
| **Personal Information** | 3 Items Found |
| **Inquiries** | 34 Inquiries Found |
| **Most Recent Inquiry** | EQUIFAX INC (0100) Jan 10, 2025 |
| **Public Records** | 0 Records Found |
| **Collections** | 0 Collections Found |

# 2. Revolving Accounts

Revolving accounts are those that generally include a credit limit and require a minimum monthly payment, such as credit cards.

## 2.1 LEAD BANK

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxxxxxxxx 8227 | Reported Balance | $4 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $96 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

**Balance**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | $25 | $0 | $4 |
| 2025 | | | | | | | | | | | | |

**Scheduled Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | $25 | |
| 2025 | | | | | | | | | | | | |

**Actual Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | $32 | $50 |
| 2025 | | | | | | | | | | | | |

**Credit Limit**



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|------|------|------|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | $100 | $100 | $100 |
| 2025 | | | | | | | | | | | | |

## Amount Past Due



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ▨ | ✔ | ✔ | ▨ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ▨ No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $54 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | $100 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $4 | Date Opened | Oct 01, 2024 |
| Amount Past Due | | Date Reported | Dec 21, 2024 |
| Actual Payment Amount | $50 | Date of Last Payment | Dec 2024 |
| Date of Last Activity | Dec 2024 | Scheduled Payment Amount | |
| Months Reviewed | 2 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |

| | | | |
|---|---|---|---|
| **Deferred Payment Start Date** | | **Charge Off Amount** | |
| **Balloon Payment Date** | | **Balloon Payment Amount** | |
| **Loan Type** | Secured Credit Card | **Date Closed** | |
| **Date of First Delinquency** | | | |

## Comments

Secured credit card

Variable/adjustable rate

## Contact

LEAD BANK
515 CONGRESS AVE SUITE 2200
AUSTIN, TX  78723
(877) 883-0999

## 2.2 NORDSTROM/TD BANK (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxxxx 7298 | Reported Balance | $737 |
|---|---|---|---|
| Account Status | CHARGE_OFF | Available Credit | -$237 |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

#### Balance

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 |
| 2024 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | | $737 | $737 |
| 2025 | | | | | | | | | | | | |

#### Scheduled Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Actual Payment

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

#### Credit Limit

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |
| 2024 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 | $500 |

2025

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 |
| 2024 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 | $737 |  | $737 | $737 |
| 2025 |  |  |  |  |  |  |  |  |  |  |  |  |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | ▧▧▧▧ |
| 2023 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2022 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2021 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2020 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2019 | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO | CO |
| 2018 | ▧▧▧▧ | ▧▧▧▧ | ▧▧▧▧ | ▧▧▧▧ | ▧▧▧▧ | ▧▧▧▧ | 30 | 60 | 90 | 150 | 150 | CO |

✔ Paid on Time   30 30 Days Past Due   60 60 Days Past Due   90 90 Days Past Due   120 120 Days Past Due

150 150 Days Past Due   180 180 Days Past Due   V Voluntary Surrender   F Foreclosure   C Collection Account

CO Charge-Off   B Included in Bankruptcy   R Repossession   TN Too New to Rate   ▧▧▧▧No Data Available

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit |  | Payment Responsibility | INDIVIDUAL |
|-------------|--|------------------------|------------|
| Credit Limit | $500 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration |  |
| Balance | $737 | Date Opened | Jun 02, 2017 |
| Amount Past Due | $737 | Date Reported | Dec 19, 2024 |
| Actual Payment Amount |  | Date of Last Payment | May 2018 |

| | | | |
|---|---|---|---|
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 86 | Delinquency First Reported | Dec 2024 |
| Activity Designator | | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | $737 |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Credit Card | Date Closed | |
| Date of First Delinquency | Jun 18, 2018 | | |

## Comments

Charged off account

Credit card

## Contact

NORDSTROM/TD BANK
8502 E Princess Dr Ste 150
Scottsdale, AZ 85255-5488
(800) 964-0006

## 2.3 SYNCB/GAP (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxxx 6308 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | $200 |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ |
| 2014 | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ |
| 2013 | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ |
| 2012 | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ | ⊠⊠ |

| | | | | |
|---|---|---|---|---|
| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ⊠⊠No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $303 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | $200 | Account Type | REVOLVING |
| Terms Frequency | MONTHLY | Term Duration | |
| Balance | $0 | Date Opened | Mar 30, 2012 |
| Amount Past Due | | Date Reported | Jan 04, 2016 |
| Actual Payment Amount | | Date of Last Payment | Nov 2013 |

Summary  Revolving  Mortgage  Installment  Other  Statement  Personal Info  Inquiries  Public Record  Collections

| | | | |
|---|---|---|---|
| Date of Last Activity | Nov 2013 | Scheduled Payment Amount | |
| Months Reviewed | 46 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Charge Account | Date Closed | Apr 2014 |
| Date of First Delinquency | | | |

## Comments

Closed or paid account/zero balance

Account closed by credit grantor

## Contact

SYNCB/GAP
PO Box 71746
Philadelphia, PA  19176-1746
(866) 396-8254

# 3. Mortgage Accounts

Mortgage accounts are real estate loans that require payment on a monthly basis until the loan is paid off.

You currently do not have any Mortgage Accounts in your file.



# 4. Installment Accounts

Installment accounts are loans that require payment on a monthly basis until the loan is paid off, such as auto or student loans.

## 4.1 SUNRISE BANKS C/O SELF FINANCIAL INC

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxxxxxxxx 1253 | Reported Balance | $878 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

### Account History

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

**Balance**



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | $950 | $914 |
| 2025 | | | | | | | | | | | | |

**Scheduled Payment**



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | $48 | $48 |
| 2025 | | | | | | | | | | | | |

**Actual Payment**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | $48 | $48 |
| 2025 | | | | | | | | | | | | |

**Credit Limit**



| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Amount Past Due

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2023 | | | | | | | | | | | | |
| 2024 | | | | | | | | | | | | |
| 2025 | | | | | | | | | | | | |

## Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| 2024 | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | XXXX | ✔ | ✔ |

| | | |
|---|---|---|
| ✔ Paid on Time | 30  30 Days Past Due | 60  60 Days Past Due | 90  90 Days Past Due | 120  120 Days Past Due |
| 150  150 Days Past Due | 180  180 Days Past Due | V  Voluntary Surrender | F  Foreclosure | C  Collection Account |
| CO  Charge-Off | B  Included in Bankruptcy | R  Repossession | TN  Too New to Rate | XXXX No Data Available |

## Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| | | | |
|---|---|---|---|
| High Credit | $985 | Payment Responsibility | INDIVIDUAL |
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 24 MONTHS |
| Balance | $878 | Date Opened | Oct 01, 2024 |
| Amount Past Due | | Date Reported | Jan 01, 2025 |
| Actual Payment Amount | $48 | Date of Last Payment | Dec 2024 |
| Date of Last Activity | Jan 2025 | Scheduled Payment Amount | $48 |
| Months Reviewed | 2 | Delinquency First Reported | |
| Activity Designator | | Creditor Classification | UNKNOWN |

| | | |
|---|---|---|
| **Deferred Payment Start Date** | | **Charge Off Amount** |
| **Balloon Payment Date** | | **Balloon Payment Amount** |
| **Loan Type** | Secured | **Date Closed** |
| **Date of First Delinquency** | | |

## Comments

Secured

Fixed rate

## Contact

SUNRISE BANKS C/O SELF FINANCIAL INC
515 CONGRESS AVE SUITE 2200
SIOUX FALLS, SD  57108
(877) 883-0999

## 4.2 SANTANDER CONSUMER USA (CLOSED)

### Summary

Your debt-to-credit ratio represents the amount of credit you're using and generally makes up a percentage of your credit score. It's calculated by dividing an account's reported balance by its credit limit.

| Account Number | xxxxxxxxxxxxx 1000 | Reported Balance | $0 |
|---|---|---|---|
| Account Status | PAYS_AS_AGREED | Available Credit | |

The tables below show up to 24 months historical data. If a table is blank, this data was not provided to Equifax.

### Payment History

View up to 7 years of monthly payment history on this account. The numbers indicated in each month represent the number of days a payment was past due; the letters indicate other account events, such as bankruptcy or collections.

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024 | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ |
| 2023 | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ |
| 2022 | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ |
| 2021 | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ |
| 2020 | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ | ✔ |
| 2019 | 30 | 60 | 60 | 30 | 30 | 30 | 30 | 30 | ✔ | 30 | ✔ | ✔ |
| 2018 | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ⊠⊠⊠ | ✔ | 30 | 60 | 60 | 90 | 60 | 30 |

| ✔ Paid on Time | 30 30 Days Past Due | 60 60 Days Past Due | 90 90 Days Past Due | 120 120 Days Past Due |
|---|---|---|---|---|
| 150 150 Days Past Due | 180 180 Days Past Due | V Voluntary Surrender | F Foreclosure | C Collection Account |
| CO Charge-Off | B Included in Bankruptcy | R Repossession | TN Too New to Rate | ⊠⊠⊠ No Data Available |

### Account Details

View detailed information about this account. Contact the creditor or lender if you have any questions about it.

| High Credit | $38,776 | Payment Responsibility | INDIVIDUAL |
|---|---|---|---|
| Credit Limit | | Account Type | INSTALLMENT |
| Terms Frequency | MONTHLY | Term Duration | 96 MONTHS |

Summary  Revolving  Mortgage  Installment  Other  Statements  Personal Info  Inquiries  Public Records  Collections

| | | | |
|---|---|---|---|
| Balance | $0 | Date Opened | Feb 18, 2013 |
| Amount Past Due | | Date Reported | Dec 02, 2024 |
| Actual Payment Amount | $0 | Date of Last Payment | Dec 2020 |
| Date of Last Activity | | Scheduled Payment Amount | |
| Months Reviewed | 94 | Delinquency First Reported | |
| Activity Designator | PAID_AND_CLOSED | Creditor Classification | UNKNOWN |
| Deferred Payment Start Date | | Charge Off Amount | |
| Balloon Payment Date | | Balloon Payment Amount | |
| Loan Type | Auto | Date Closed | Dec 2020 |
| Date of First Delinquency | | | |

## Comments

Consumer disputes this account information

Closed or paid account/zero balance

Auto

## Contact

SANTANDER CONSUMER USA
REPORTING DISPUTES PO BOX 961211
FORT WORTH, TX 76161
(866) 923-9282

# 5. Other Accounts

Other accounts are those that are not already identified as Revolving, Mortgage or Installment Accounts such as child support obligations or rental agreements.

You currently do not have any Other Accounts in your file.

**EQUIFAX**     ELEANOR GEORGE | Jan 10, 2025     Page 18 of 29

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

# 6. Consumer Statements

Consumer Statements are explanations of up to 100 words you can attach to your credit file to provide more information on an item you may disagree with or would like to provide details on. Consumer statements are voluntary and have no impact on your credit score.

You currently do not have any Consumer Statements in your file.

# 7. Personal Information

Creditors use your personal information primarily to identify you. This information has no impact on your credit score.

## Identification

Identification is the information in your credit file that indicates your current identification as reported to Equifax. It does not affect your credit score or rating.

| Name | ELEANOR W GEORGE |
|---|---|
| **Formerly known as** | |
| **Social Security Number** | xxxxx 4024 |
| **Age or Date of Birth** | Jun 01, 1962 |

## Other Identification

You currently do not have any Other Identifications in your file.

## Alert Contact Information

You currently do not have any Alert Contacts in your file.

## Contact Information

Contact information is the information in your credit file that indicates your former and current addresses as reported to Equifax. It does not affect your credit score or rating.

| Address | Status | Date Reported |
|---|---|---|
| 865 EDWARD ST<br>NORTH BALDWIN, NY 11510 | Current | Dec 20, 2024 |
| 140 WASHINGTON WALK APT 4D<br>BROOKLYN, NY 11205 | Former | Jan 10, 2025 |

## Employment History

Employment history is the information in your credit file that indicates your current and former employment as reported to Equifax. It does not affect your credit score or rating.

You currently do not have any Employment History in your file.

# 8. Inquiries

A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.

## Hard Inquiries

Inquiries that may impact your credit rating/score

These are inquiries made by companies with whom you have applied for a loan or credit. They may remain on your file up to 2 years.

You currently do not have any Hard Inquiries in your file.

## Soft Inquiries

Inquiries that do not impact your credit rating/score

These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.

| Date | Company | Request Originator | Description |
|---|---|---|---|
| Jan 10, 2025 | EQUIFAX INC (0100) | | ID Report |
| Jan 08, 2025 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Jan 05, 2025 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Jan 04, 2025 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Jan 01, 2025 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 25, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 23, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 23, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 20, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 18, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 11, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 04, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 02, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Dec 02, 2024 | EQUIFAX | | Automated Consumer Interview System |
| Dec 02, 2024 | EQUIFAX AUTO MTNC UP | | Automated Consumer Interview System |
| Nov 27, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |
| Nov 22, 2024 | CREDIT KARMA, INC | | Direct to Consumer Report |

| Nov 19, 2024 | CREDIT KARMA, INC. | Promotional Inquiry |
| Nov 19, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Nov 18, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Nov 15, 2024 | EQUIFAX | Automated Consumer Interview System |
| Nov 12, 2024 | CREDIT KARMA, INC. | Promotional Inquiry |
| Nov 10, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Nov 06, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Nov 05, 2024 | CREDIT KARMA, INC. | Promotional Inquiry |
| Nov 02, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Oct 29, 2024 | CREDIT KARMA, INC. | Promotional Inquiry |
| Oct 23, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Oct 22, 2024 | CREDIT KARMA, INC. | Promotional Inquiry |
| Oct 20, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Oct 15, 2024 | CREDIT KARMA, INC. | Promotional Inquiry |
| Oct 15, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Sep 16, 2024 | CREDIT KARMA, INC | Direct to Consumer Report |
| Apr 16, 2024 | CIC/EXPERIAN RPTS | Direct to Consumer Report |

# 9. Public Records

This section includes public record items Equifax obtained from local, state and federal courts through a third party vendor, LexisNexis. They can be contacted at: https://equifaxconsumers.lexisnexis.com

LexisNexis Consumer Center
P.O. Box 105615
Atlanta, GA 30348-5108

## Bankruptcies

Bankruptcies are a legal status granted by a federal court that indicates you are unable to pay off outstanding debt. Bankruptcies stay on your credit report for up to 10 years, depending on the chapter of bankruptcy you file for. They generally have a negative impact on your credit score.

You currently do not have any Bankruptcies in your file.

## Judgments

Judgments are a legal status granted by a court that indicates you must pay back an outstanding debt. Judgments stay on your credit report up to 7 years from the date filed and generally have a negative impact on your credit score.

You currently do not have any Judgments in your file.

## Liens

A lien is a legal claim on an asset, and Equifax only collects tax related liens. Liens stay on your credit report up to 10 years and generally have a negative impact on your credit score.

You currently do not have any Liens in your file.

# 10. Collections

Collections are accounts with outstanding debt that have been placed by a creditor with a collection agency. Collections stay on your credit report for up to 7 years from the date the account first became past due. They generally have a negative impact on your credit score.

You currently do not have any Collections in your file.

 ELEANOR GEORGE | Jan 10, 2025    Page 24 of 29

Summary | Revolving | Mortgage | Installment | Other | Statements | Personal Info | Inquiries | Public Records | Collections

# 11. Dispute File Information

If you believe that any of the information found on this report is incorrect, there are 3 ways to launch an investigation about the information in this report.

When you file a dispute, the credit bureau you contact is required to investigate your dispute within 30 days. They will not remove accurate data unless it is outdated or cannot be verified.

To initiate a dispute online please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

To check the status or view the results of your dispute please visit https://www.equifax.com/personal/credit-report-services/credit-dispute/

*Para información en español, visite www.consumerfinance.gov/learnmore o escribe a la*

*Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

# 12. A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under FCRA. **For more information, including information about additional rights, go to** www.consumerfinance.gov/learnmore **or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment – or to take another adverse action against you – must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  o   a person has taken adverse action against you because of information in your credit report;

  o   you are the victim of identity theft and place a fraud alert in your file;

  o   your file contains inaccurate information as a result of fraud;

  o   you are on public assistance;

  o   you are unemployed but expect to apply for employment within 60 days.

In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete, or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need – usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address form the lists these offers are based on. You may opt out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

- The following FCRA right applies with respect to nationwide consumer reporting agencies:

### CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

**You have a right to place a "security freeze" on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization.** The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, www.consumerfinance.gov/learnmore

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact (see next page):**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br><br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a.Consumer Financial Protection Bureau<br>1700 G Street, N.W.<br>Washington, DC 20552<br><br>b.Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
| 2.To the extent not included in item 1 above:<br>a.National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br><br>b.State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br><br>c.Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br><br>d.Federal Credit Unions | a.Office of the Comptroller of the Currency<br>Customer Assistance Group<br>P.O. Box 53570<br>Houston, TX 77052<br><br>b.Federal Reserve Consumer Help Center<br>P.O. Box 1200<br>Minneapolis, MN 55480<br><br>c.Division of Depositor and Consumer Protection<br>National Center for Consumer and Depositor Assistance<br>Federal Deposit Insurance Corporation<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106<br><br>d.National Credit Union Administration<br>Office of Consumer Financial Protection (OCFP)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3.Air carriers | Asst. General Counsel for Office of Aviation Consumer Protection<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4.Creditors Subject to the Surface Transportation Board | Office of Public Assistance, Governmental Affairs, and Compliance<br>Surface Transportation Board<br>395 E Street, SW<br>Washington, DC 20423 |
| 5.Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Division Regional Office |
| 6.Small Business Investment Companies | Associate Administrator, Office of Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, Suite 8200<br>Washington, DC 20416 |
| 7.Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8.Institutions that are members of the Farm Credit System | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |

| 9.Retailers, Finance Companies, and All Other Creditors Not Listed Above | Federal Trade Commission<br>Consumer Response Center<br>600 Pennsylvania Avenue, NW<br>Washington, DC 20580<br>(877) 382-4357 |
|---|---|

CIVIL COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

ELEANOR GEORGE,

Index No.:

Plaintiff,

-against-

EQUIFAX,

Defendant.

---

## COMPLAINT

---

*Pablo E. Bustos, Esq.*
*Bustos & Associates, P.C.*
*70 West 40th Street, 8th Floor*
*New York, New York 10018*
*pbustos@bustosassociates.com*
*(212) 907-6727*