UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X

GEORGE,                                                    Civil Action No. 1:25-cv-01694-ENV-LKE

                              Plaintiff,
                                                           NOTICE OF SETTLEMENT

        v

EQUIFAX INFORMATION
SERVICES LLC,

                              Defendant.
----------------------------------------------------------X

        PLEASE TAKE NOTICE that the above-entitled action has been settled between the

parties.

        The parties have entered into a confidential settlement agreement and will file a Stipulation

of Dismissal with Prejudice within 60 days of the date of this Notice.


Dated: April 21, 2025
        New York, New York


                                                           Sincerely,

                                                           *Pablo Bustos*

                                                           Pablo E. Bustos, Esq.



To :    Forrest Seger , III
        Clark Hill PLC
        2301 Broadway St.
        San Antonio, TX 78215
        Email: tseger@clarkhill.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2025, I electronically filed the foregoing Notice of

Settlement, with the Clerk of the Court using the CM/ECF system which will send notification to

all counsel of record.


Dated : April 21, 2025
New York, New York

Pablo Bustos

Pablo E. Bustos, Esq.
Bustos & Associates, P.C.
70 West 40th Street, 8th Floor
New York, New York 10018