UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
ELEANOR GEORGE,                               Case No. 1:25-cv-01694-ENV-LKE

                      Plaintiff,
                                              STIPULATION OF
            -against-                         DISCONTINUANCE

EQUIFAX INFORMATION
SERVICES LLC,

                      Defendant.
----------------------------------------------------X

It is hereby stipulated by and between Counsel that this action is settled.

Therefore, it is ordered by the Court that this action be discontinued without costs and with

prejudice.

Dated : August 13, 2025
        New York, New York    FW: Activity in Case 1:25-cv-01694-ENV-LKE George v. Equifax
Information Services LLC Order


ATTORNEY FOR PLAINTIFF                        ATTORNEY FOR DEFENDANT



*Pablo Bustos*
_____              _____
Pablo E. Bustos, Esq.                         Forrest Seger, III
Bustos & Associates, P.C.                     Clark Hill PLC
70 West 40th Street, 8th Floor                2301 Broadway Street
New York, NY 10018                            San Antonio, TX 78215
pbustos@bustosassociates.com                  tseger@clarkhill.com



HONORABLE
Chief Magistrate Judge Vera M. Scanlon



_____
SO ORDERED :
Magistrate Judge Lara K. Eshkenazi