UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X

ELEANOR GEORGE,                              Case No. 1:25-cv-01694-ENV-LKE

        Plaintiff,

                                STIPULATION OF
   -against-                                  DISCONTINUANCE

EQUIFAX INFORMATION
SERVICES LLC,

        Defendant.
-------------------------------------------------X

It is hereby stipulated by and between Counsel that this action is settled.

Therefore, it is ordered by the Court that this action be discontinued without costs and with

prejudice.

Dated : August 13, 2025
      New York, New York    FW: Activity in Case 1:25-cv-01694-ENV-LKE George v. Equifax
Information Services LLC Order

ATTORNEY FOR PLAINTIFF                ATTORNEY FOR DEFENDANT

*Pablo Bustos*
_____      _____
Pablo E. Bustos, Esq.                   Forrest Seger, III
Bustos & Associates, P.C.             Clark Hill PLC
70 West 40th Street, 8th Floor         2301 Broadway Street
New York, NY 10018                 San Antonio, TX 78215
pbustos@bustosassociates.com        tseger@clarkhill.com

**Application Granted**
**SO ORDERED**
**Brooklyn, New York**
**Dated:** 9/26/25

                                 The clerk of court is directed to close this case.

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**
**United States District Judge**